UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 24-2187-JFW(RAOx)**                                    Date:  August 28, 2024

Title:     Luz Zendejas -v- C & C Partnership LP, et al.

---

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:
None                                                                 None

**PROCEEDINGS (IN CHAMBERS):**     DISMISSAL OF ACTION FOR LACK OF PROSECUTION

On August 20, 2024, the Court issued an Order to Show Cause Re: Lack of Prosecution. Plaintiff was warned that failure to respond would result in the dismissal of this action if good cause was not shown for any extension of time. Plaintiff was to respond to the Court's Order to Show Cause no later than August 27, 2024.

    As of the date of this Order, there has been no response to the Court's Order to Show Cause. Accordingly, this action is hereby DISMISSED without prejudice.

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr